1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMA BRIANA HAFER,<br><br>Defendant. | Case No. 5:20-cr-00116-JGB<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |
|---|---|

19
20
21
22
23
24
25
26
27
28

On July 19, 2021, Defendant Jama Briana Hafer made her initial appearance on the petition for revocation of supervised release and bench warrant for arrest on June 25, 2021.  Deputy Federal Public Defender Erin Murphy was appointed to represent Defendant.

A detention hearing was held on July 19, 2021.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ eleven alleged violations of the terms and conditions of supervised release, including allege leaving the judicial district without the Probation Officer's permission and failing to report for random drug testing and for counseling, and Defendant has used multiple name variations, an additional social security number, and an additional date of birth.

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ criminal record includes a misdemeanor conviction for corporal injury on a cohabitant and a misdemeanor conviction for battery, she has a protective order again her, and Defendant uses fentanyl, heroin, methamphetamine and alcohol.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 19 , 2021

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE